UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
GREEN, DARREN P                           §   Case No. 14-02983
GREEN, MARSHA L                           §
                                          §
                                          §
             Debtor(s)                    §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was           and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $         , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-02983  CAD  Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GREEN, DARREN P | Date Filed (f) or Converted (c): 01/31/14 (f) |
| | GREEN, MARSHA L | 341(a) Meeting Date: 03/06/14 |
| For Period Ending: | 12/04/14 | Claims Bar Date: 06/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 654 Primrose Lane, Matteso | 159,000.00 | 0.00 | | 0.00 | FA |
| 2. Real estate located at: 2215 W. 111th St, Chicago, | 108,000.00 | 0.00 | | 0.00 | FA |
| 3. Wyndham Vacation Resorts in Orlando Surrendering | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Chase Bank | 285.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account with Chase | 0.41 | 0.00 | | 0.00 | FA |
| 6. Savings Account with Chase | 41.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 403(b) with Employer | 8,065.14 | 0.00 | | 0.00 | FA |
| 10. 401k with Fidelity | 13,654.39 | 0.00 | | 0.00 | FA |
| 11. 403(b) with Valic | 1,370.00 | 0.00 | | 0.00 | FA |
| 12. Roth IRA with Primerica | 25.03 | 0.00 | | 0.00 | FA |
| 13. Roth IRA with Primerica | 25.03 | 0.00 | | 0.00 | FA |
| 14. 2013 Anticipated Tax Refund $12,136 Received with | 0.00 | 0.00 | | 8,816.41 | FA |
| 15. 2013 Nissan Altima with 3,000 miles Value Accordin | 31,000.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Kia Soul with 3,000 miles Value According to | 9,250.00 | 0.00 | | 0.00 | FA |
| 17. Computer and software for webdesign/music producti | 1,500.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $346,216.00 | $0.00 | | $8,816.41 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

negotiating resolution of non-exempt tax refund 8/14

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-02983   CAD   Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GREEN, DARREN P | Date Filed (f) or Converted (c): 01/31/14 (f) |
| | GREEN, MARSHA L | 341(a) Meeting Date: 03/06/14 |
| | | Claims Bar Date: 06/18/14 |

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-02983 -CAD |
| Case Name: | GREEN, DARREN P |
| | GREEN, MARSHA L |
| Taxpayer ID No: | *******6113 |
| For Period Ending: | 12/04/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8769 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/14 | 14 | DARREN & MARSHA GREEN | TAX RETURNS | 1124-000 | 8,816.41 | | 8,816.41 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,806.41 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,816.41 | 10.00 | 8,806.41 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,816.41 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,816.41 | 10.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8769 | 8,816.41 | 10.00 | 8,806.41 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,816.41 | 10.00 | 8,806.41 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    8,816.41    10.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 04, 2014 |
|---|---|---|---|---|---|---|

Case Number: 14-02983
Debtor Name: GREEN, DARREN P

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>050<br>4210-00 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Secured | | $0.00 | $0.00 | $0.00 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $1,631.64 | $0.00 | $1,631.64 |
| 002<br>6110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $4,360.76 | $0.00 | $4,360.76 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,252.54 | $0.00 | $6,252.54 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,782.56 | $0.00 | $7,782.56 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,203.71 | $0.00 | $1,203.71 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,523.60 | $0.00 | $1,523.60 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $859.24 | $0.00 | $859.24 |
| 000007<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $13,950.23 | $0.00 | $13,950.23 |
| 000008<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $2,210.94 | $0.00 | $2,210.94 |
| 000009<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,171.11 | $0.00 | $3,171.11 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 04, 2014

Case Number: 14-02983
Debtor Name: GREEN, DARREN P

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON WI 53708-8973 | Unsecured | | $2,573.25 | $0.00 | $2,573.25 |
| 000011 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $4,048.83 | $0.00 | $4,048.83 |
| 000012 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $949.56 | $0.00 | $949.56 |
| 000013 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $5,721.22 | $0.00 | $5,721.22 |
| 000014 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $5,846.63 | $0.00 | $5,846.63 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOCIATION ND PO Box 41067 Norfolk, VA 23541 | Unsecured | | $9,878.26 | $0.00 | $9,878.26 |
| 000016 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,232.96 | $0.00 | $2,232.96 |
| 000017 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $483.24 | $0.00 | $483.24 |
| | Case Totals: | | | $74,680.28 | $0.00 | $74,680.28 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-02983
Case Name: GREEN, DARREN P
    GREEN, MARSHA L
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | American Honda Finance Corporation | $ | $ | $ | $ |

Total to be paid to secured creditors   $_____

Remaining Balance   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

    Total to be paid for prior chapter administrative expenses    $_____

    Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000005 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | Sallie Mae | $ | $ | $ |
| 000008 | American InfoSource LP as agent for | $ | $ | $ |
| 000009 | Capital One, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | US DEPT OF EDUCATION | $ | $ | $ |
| 000011 | American Express Bank, FSB | $ | $ | $ |
| 000012 | Capital Recovery V, LLC | $ | $ | $ |
| 000013 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000014 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000016 | Synchrony Bank | $ | $ | $ |
| 000017 | Synchrony Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE