# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GREEN, DARREN P | § | Case No. 14-02983 |
| GREEN, MARSHA L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/07/2015 in Courtroom 742,
United States Courthouse
219 South Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/15/2014                                          By: /s/ Andrew J. Maxwell
                                                                                    Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
GREEN, DARREN P  §  Case No. 14-02983
GREEN, MARSHA L  §
        §
        Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,816.41 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 8,806.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | American Honda Finance Corporation | $ 32,011.06 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 8,806.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,631.64 | $ 0.00 | $ 1,631.64 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,631.64 |
| Remaining Balance | $ 7,174.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $ 10.76 | $ 0.00 | $ 10.76 |
| Total to be paid for prior chapter administrative expenses | | | $ 4,360.76 |
| Remaining Balance | | | $ 2,814.01 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,687.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,252.54 | $ 0.00 | $ 256.15 |
| 000002 | Discover Bank | $ 7,782.56 | $ 0.00 | $ 318.84 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,203.71 | $ 0.00 | $ 49.31 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,523.60 | $ 0.00 | $ 62.42 |
| 000006 | Capital One Bank (USA), N.A. | $ 859.24 | $ 0.00 | $ 35.20 |
| 000007 | Sallie Mae | $ 13,950.23 | $ 0.00 | $ 571.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | American InfoSource LP as agent for | $ 2,210.94 | $ 0.00 | $ 90.58 |
| 000009 | Capital One, N.A. | $ 3,171.11 | $ 0.00 | $ 129.92 |
| 000010 | US DEPT OF EDUCATION | $ 2,573.25 | $ 0.00 | $ 105.42 |
| 000011 | American Express Bank, FSB | $ 4,048.83 | $ 0.00 | $ 165.87 |
| 000012 | Capital Recovery V, LLC | $ 949.56 | $ 0.00 | $ 38.90 |
| 000013 | PYOD, LLC its successors and assigns as | $ 5,721.22 | $ 0.00 | $ 234.39 |
| 000014 | PYOD, LLC its successors and assigns as | $ 5,846.63 | $ 0.00 | $ 239.53 |
| 000015 | Portfolio Recovery Associates, LLC | $ 9,878.26 | $ 0.00 | $ 404.69 |
| 000016 | Synchrony Bank | $ 2,232.96 | $ 0.00 | $ 91.48 |
| 000017 | Synchrony Bank | $ 483.24 | $ 0.00 | $ 19.80 |

Total to be paid to timely general unsecured creditors    $    2,814.01

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-02983-CAD
Darren P Green                                                  Chapter 7
Marsha L Green
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: bchavez              Page 1 of 2            Date Rcvd: Dec 16, 2014
                              Form ID: pdf006            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2014.
```
db/jdb         +Darren P Green,   Marsha L Green,   654 Primrose Lane,   Matteson, IL 60443-1765
21474841       +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
22024604        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21474843       +Aspire,   Po Box 105555,   Atlanta, GA 30348-5555
21474847      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
21474844       +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
21785528        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21947922        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21474846       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21474845       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
21474850       +Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182686,
                Columbus, OH 43218-2686
21474849       +Comenity Bank/carsons,   3100 Easton Square Pl,   Columbus, OH 43219-6232
21474853       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
21474857       +Harris N.a.,   Bmo Harris Bank - Bankruptcy Dept.-Brk-1,   770 N Water Street,
                Milwaukee, WI 53202-0002
22124417        JPMorgan Chase Bank, National Association,   c/o Manley Deas Kochalski LLC,   P.O. Box 165028,
                Columbus, OH 43216-5028
21474858       +Kia Motors Finance Co,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
21474860       +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
22062494      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   successor to US BANK NATIONAL,
                ASSOCIATION ND,   PO Box 41067,   Norfolk, VA 23541)
21474862       +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
21474864      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
22013045        US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
21474863       +Us Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
21474865       +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21474842        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 17 2014 02:10:40     American Honda Finance,
                Po Box 168088,   Irving, TX 75016
21887191        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2014 02:16:30
                American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                Oklahoma City, OK  73124-8866
22027835        E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2014 02:15:12     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21686817        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2014 02:16:46     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21474851       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2014 02:16:46     Discover Fin Svcs Llc,
                Po Box15316,   Wilmington, DE 19850-5316
21474854       +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2014 02:15:05     GECRB/JC Penny,
                Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21474855       +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2014 02:17:35     Gecrb/toys,   Po Box 965005,
                Orlando, FL 32896-5005
21474856       +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2014 02:16:22     Gemb/walmart,   Attn: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
21474859       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 17 2014 02:09:20     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
22040765       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2014 02:16:25
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
21713027        E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2014 02:10:02
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21877841       +E-mail/PDF: pa_dc_claims@navient.com Dec 17 2014 02:16:21     Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
21474861       +E-mail/PDF: pa_dc_claims@navient.com Dec 17 2014 02:17:34     Sallie Mae,
                Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
22063829        E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2014 02:15:07     Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21474866       +E-mail/Text: bankruptcydept@wyn.com Dec 17 2014 02:11:44     Wyndham Vaca,   10750 W Charleston,
                Las Vegas, NV 89135-1048
                                                                                              TOTAL: 15
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1           User: bchavez                Page 2 of 2                  Date Rcvd: Dec 16, 2014
                               Form ID: pdf006              Total Noticed: 38

21707111*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance Corporation,   P.O. Box 168088,
                   Irving, TX 75016-8088)
21474848*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                   Kansas City, MO 64195)
21474852*        +Discover Fin Svcs Llc,   Po Box15316,   Wilmington, DE 19850-5316
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2014 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              David  Gallagher    on behalf of Joint Debtor Marsha L Green dgallagher@lawsolutionsbk.com,
               dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
              David  Gallagher    on behalf of Debtor Darren P Green dgallagher@lawsolutionsbk.com,
               dgallagher@lawsolutionsbk.com,notices@lawsolutionsbk.com
              Keith Levy    on behalf of Creditor   JPMorgan Chase Bank, National Association
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```