UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GREEN, DARREN P § Case No. 14-02983
GREEN, MARSHA L §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                 . The case was pending for      months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | Kia Motors Finance Co 10550 Talbert Ave Fountain Valley, CA 92708 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | | | | |
| | Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | | | | |
| | Wyndham Vaca 10750 W Charleston Las Vegas, NV 89135 | | | | | |
| 000003 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | |
| | Aspire Po Box 105555 Atlanta, GA 30348 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Comenity Bank/New York & Company Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | | | | |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gecrb/toys Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000012 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000014 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000007 | SALLIE MAE | | | | | |
| 000016 | SYNCHRONY BANK | | | | | |
| 000017 | SYNCHRONY BANK | | | | | |
| 000010 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-02983 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GREEN, DARREN P | | | Date Filed (f) or Converted (c): | 01/31/14 (f) |
| | GREEN, MARSHA L | | | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 02/11/15 | | | Claims Bar Date: | 06/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 654 Primrose Lane, Matteso | 159,000.00 | 0.00 | | 0.00 | FA |
| 2. Real estate located at: 2215 W. 111th St, Chicago, | 108,000.00 | 0.00 | | 0.00 | FA |
| 3. Wyndham Vacation Resorts in Orlando Surrendering | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Chase Bank | 285.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account with Chase | 0.41 | 0.00 | | 0.00 | FA |
| 6. Savings Account with Chase | 41.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 403(b) with Employer | 8,065.14 | 0.00 | | 0.00 | FA |
| 10. 401k with Fidelity | 13,654.39 | 0.00 | | 0.00 | FA |
| 11. 403(b) with Valic | 1,370.00 | 0.00 | | 0.00 | FA |
| 12. Roth IRA with Primerica | 25.03 | 0.00 | | 0.00 | FA |
| 13. Roth IRA with Primerica | 25.03 | 0.00 | | 0.00 | FA |
| 14. 2013 Anticipated Tax Refund $12,136 Received with | 0.00 | 0.00 | | 8,816.41 | FA |
| 15. 2013 Nissan Altima with 3,000 miles Value Accordin | 31,000.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Kia Soul with 3,000 miles Value According to | 9,250.00 | 0.00 | | 0.00 | FA |
| 17. Computer and software for webdesign/music producti | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $346,216.00   $0.00   $8,816.41   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

negotiating resolution of non-exempt tax refund 8/14

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-02983   CAD   Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GREEN, DARREN P | Date Filed (f) or Converted (c): 01/31/14 (f) |
| | GREEN, MARSHA L | 341(a) Meeting Date: 03/06/14 |
| | | Claims Bar Date: 06/18/14 |

FUNDS RECEIVED- TFR FILED- COURT DATE 1/7/2015

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 18.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02983 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, DARREN P | Bank Name: | ASSOCIATED BANK |
| | GREEN, MARSHA L | Account Number / CD #: | *******8769 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6113 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/14 | 14 | DARREN & MARSHA GREEN | TAX RETURNS | 1124-000 | 8,816.41 | | 8,816.41 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,806.41 |
| 01/08/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 1/7/2015 | 2100-000 | | 1,631.64 | 7,174.77 |
| 01/08/15 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty Fees and Expenses<br>c/o 1/7/2015 | | | 4,360.76 | 2,814.01 |
| | | | Fees       4,350.00 | 6110-000 | | | |
| | | | Expenses      10.76 | 6120-000 | | | |
| 01/08/15 | 010003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 1, Interim Distribution<br>Final Payment | 7100-000 | | 256.15 | 2,557.86 |
| 01/08/15 | 010004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 2, Interim Distribution<br>Final Payment | 7100-000 | | 318.84 | 2,239.02 |
| 01/08/15 | 010005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (Claim # 4, Interim Distribution<br>Final Payment | 7100-000 | | 49.31 | 2,189.71 |
| 01/08/15 | 010006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (Claim # 5, Interim Distribution<br>Final Payment | 7100-000 | | 62.42 | 2,127.29 |
| 01/08/15 | 010007 | Capital One Bank (USA), N.A. | (Claim # 6, Interim Distribution | 7100-000 | | 35.20 | 2,092.09 |
| | | | Page Subtotals | | 8,816.41 | 6,724.32 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-02983 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GREEN, DARREN P | Bank Name: | ASSOCIATED BANK |
| | GREEN, MARSHA L | Account Number / CD #: | *******8769  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6113 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | 010008 | PO Box 71083<br>Charlotte, NC 28272-1083<br>Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Final Payment<br>(Claim # 7,  Interim Distribution<br>Final Payment | 7100-000 | | 571.51 | 1,520.58 |
| 01/08/15 | 010009 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | (Claim # 8,  Interim Distribution<br>Final Payment | 7100-000 | | 90.58 | 1,430.00 |
| 01/08/15 | 010010 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Claim # 9,  Interim Distribution<br>Final Payment | 7100-000 | | 129.92 | 1,300.08 |
| 01/08/15 | 010011 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | (Claim # 10,  Interim Distribution<br>Final Payment | 7100-000 | | 105.42 | 1,194.66 |
| 01/08/15 | 010012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Claim # 11,  Interim Distribution<br>Final Payment | 7100-000 | | 165.87 | 1,028.79 |
| 01/08/15 | 010013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (Claim # 12,  Interim Distribution<br>Final Payment | 7100-000 | | 38.90 | 989.89 |
| 01/08/15 | 010014 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | (Claim # 13,  Interim Distribution<br>Final Payment | 7100-000 | | 234.39 | 755.50 |

Page Subtotals                0.00           1,336.59

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02983 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GREEN, DARREN P | | Bank Name: | ASSOCIATED BANK |
| | GREEN, MARSHA L | | Account Number / CD #: | *******8769 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6113 | | | |
| For Period Ending: | 02/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | 010015 | PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | (Claim # 14, Interim Distribution<br>Final Payment | 7100-000 | | 239.53 | 515.97 |
| 01/08/15 | 010016 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOCIATION ND<br>PO Box 41067<br>Norfolk, VA 23541 | (Claim # 15, Interim Distribution<br>Final Payment | 7100-000 | | 404.69 | 111.28 |
| 01/08/15 | 010017 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Claim # 16, Interim Distribution<br>Final Payment | 7100-000 | | 91.48 | 19.80 |
| 01/08/15 | 010018 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Claim # 17, Interim Distribution<br>Final Payment | 7100-000 | | 19.80 | 0.00 |
| | | | | Page Subtotals | 0.00 | 755.50 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-02983 -CAD |
| Case Name: | GREEN, DARREN P |
| | GREEN, MARSHA L |
| Taxpayer ID No: | *******6113 |
| For Period Ending: | 02/11/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8769  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,816.41 | 8,816.41 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,816.41 | 8,816.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,816.41 | 8,816.41 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********8769 | | 8,816.41 | 8,816.41 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 8,816.41 | 8,816.41 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*